# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1679
_____

HELEN MILLER,

Petitioner,

v.

TOWN OF WHITE SPRINGS, A
Municipal Corporation Existing
Under the Laws of the State of
Florida,

Respondent.

_____


Petition for Writ of Certiorari—Original Jurisdiction.


September 25, 2018


PER CURIAM.

DENIED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Mark Herron and J. Brennan Donnelly of Messer Caparello, P.A., Tallahassee, for Petitioner.

Darren J. Elkind of Paul, Elkind, Branz & Kelton, P.A., Deltona, for Respondent.